UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MATTHEW W. WOOD | ] | |
|---|---|---|
| Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:13-0689 |
| | ] | Judge Trauger |
| WILLIAMSON COUNTY, TENNESSEE, et al. | ] | |
| | ] | |
| Respondents. | ] | |

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds merit in the respondents' Motions to Dismiss (Docket Entry Nos.15 and 18). Said Motions, therefore, are GRANTED and this action is hereby DISMISSED without prejudice.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge